UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

APPEARANCE

DINA KARGER, DENISE VOLLMER,
DOLLY PRUE-CERDA, and MYRNA LAW,
on behalf of Themselves and All Others
Similarly Situated

Plaintiffs,

v.

MENU FOODS INCOME FUND, MENU
FOODS INC., MENU FOODS MIDWEST
CORP., MENU FOODS SOUTH DAKOTA,
MENU FOODS HOLDINGS, INC.

Defendants.

Case No. 4:07 CV 33 AS

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Menu Foods Income Fund, Menu Foods Inc., Menu Foods Midwest Corp., Menu Foods South Dakota, Menu Foods Holdings, Inc.

August 13, 2007
Date

s/Mark A. Berkoff
Signature
Mark A. Berkoff
Print Name
203 N. LaSalle Street, Suite 1900
Address
Chicago, IL  60601
City State Zip Code
(312) 368-4000
Phone Number
(312) 236-7516
Fax Number
Mark.berkoff@dlapiper.com
E-mail Address

CHGO1\31086400.1

## CERTIFICATE OF SERVICE

    I, Mark A. Berkoff, an attorney, certify that I caused a copy of the foregoing **Appearance and Stipulation Between Plaintiffs and Defendants** to be served on the following counsel by U.S. Mail, first-class, postage pre-paid, before the hour of 5:00 p.m. on this 13th day of August, 2007:

<u>Attorney for Plaintiffs</u>
Christopher A. Moeller
Price Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

                                                 s/Mark A. Berkoff
                                                 Mark A. Berkoff

Mark A. Berkoff
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone:   (312) 368-4000
Facsimile:   (312) 236-7516