# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| DINA KARGER, DENISE VOLLMER, DOLLY PRUE-CERDA, and MYRNA LAW, on behalf of Themselves and All Others Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CAUSE NO.: 4:07-CV-33-AS |
| ) | |
| MENU FOODS INCOME FUND, MENU FOODS INC., MENU FOODS MIDWEST CORP., MENU FOODS SOUTH DAKOTA, MENU FOODS HOLDINGS, INC., ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court *sua sponte.* On August 13, 2007, the parties filed a Stipulation Between Plaintiffs and Defendants [DE 5] in which they notified the Court that the Judicial Panel on Multidistrict Litigation has been notified that this case is a potential tag-along action to MDL 1850 - *In re Pet Food Products Liability Litigation* pending in the District of New Jersey.

The Court now **APPROVES** and **GRANTS** the parties' Stipulation and **ORDERS** that all deadlines for the parties to respond to the Complaint, participate in class certification, and other pretrial proceedings be **STAYED** pending the transfer of this case for coordinated pretrial proceedings to the District of New Jersey. The Court **VACATES** the Telephonic Status Conference set for August 30, 2007, before the undersigned Magistrate Judge.

SO ORDERED this 14th day of August, 2007.

/s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:   All counsel of record