FILED
2007 SEP 14  AM 11:55

| | | |
|---|---|---|
| William T. Walsh<br>Clerk | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

REPLY TO: CAMDEN

September 11, 2007

Clerk, U.S. District Court
102 Robert A. Grant Federal Bldg
 and United States Courthouse
204 South Main Street
South Bend, IN 46601

Re:  MDL 1850 In Re: Pet Food Products Liability Litigation

District of New Jersey Civil Action No.   1:07-cv-02867(NLH)(AMD)

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

Sincerely,

WILLIAM T. WALSH, Clerk

s/Susan Bush
Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
     Clerk, Judicial Panel on Multidistrict Litigation

Dockets.Justia.com

A CERTIFIED TRUE COPY

SEP - 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 0 2007

RECEIVED
WALSH, CLER

FILED
CLERK'S OFFICE

2007 SEP 10 A 11: 31

UNITED STATES
DISTRICT COURT

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1850

## IN RE Pet Food Products Liability Litigation

~~Valerie Sylvester, et al. v. Menu Foods, Inc., et al., D. Hawaii, C.A. No. 1:07-409~~ Opposed 9/4/07

Dina Karger, et al. v. Menu Foods Income Fund, et al., N.D. Indiana,
C.A. No. 4:07-33

### CONDITIONAL TRANSFER ORDER (CTO-4)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 65 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

WILLIAM T. WALSH, CLERK

By Susan Bush
Deputy Clerk